

# FIRST COURT OF APPEALS

301 Fannin Street
Houston, Texas 77002-2066

RE:     Case No. 10A-15-00828.CV

Style:  v. Atika Abdur-Rahim
        Joseph Nance

T. C. Case # 2015-11750

    On **November 02, 2015** the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek supplement the record. Tex. R. App. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** Tex. R. App. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with Tex. R. App. P. 9.

                        Christopher A. Prine, Clerk of the Court

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RETURN TO SENDER

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001372104NOV 02 2015

November 2, 2015

$ 000.35⁰

Joseph Nance
PO Box 621052
Charlotte, NC 28262

1 A

**FILED IN**
**14th COURT OF APPEALS**
HOUSTON TEXAS

**DEC 1 4 2015**

CHRISTOPHER A. PRINE

NIXIE          500002025-1N          12/09/15

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER